■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY MATEO, Appellant. [830 NYS2d 524]—Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered on or about March 19, 2004, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Friedman, Marlow, Buckley and Sweeny, JJ.